2009-62699
FILED
April 19, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002546863

*NOTE: THIS FORM IS FOR USE ONLY IN MOTIONS HEARD BY JUDGE W. RICH...*
*IT IS TO BE USED WHERE RELIEF IS DENIED OR THE STAY IS TERMINATED OR ...*
*A DIFFERENT FORM MUST BE USED FOR ADEQUATE PROTECTION ORD...*

Name, Address, Telephone of Attorney for Movant

Polk, Prober & Raphael, A Law Corporation
Cassandra J. Richey, Esq., #155721
PO Box 4365
Woodland Hills, CA 91364
(818) 227-0100 (818) 227-0101 (fax)
cmartin@pprlaw.net

Attorney(s) for U.S. Bank, N.A. its successors and/or assigns

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re FELIPE LAINES AKA FELIPE LAINES ALFARO

Debtor(s).

CASE NUMBER: 09-62699-B-7

MOTION CONTROL NUMBER: PPR-1

U.S. BANK, N.A. ITS SUCCESSORS AND/OR ASSIGNS

Movant(s),

v.

FELIPE LAINES, Debtor; JEFFREY M. VETTER, Chapter 7 Trustee,

Respondent(s).

HEARING DATE: April 8, 2010
TIME: 11:00 a.m.
JUDGE: W. Richard Lee

**ORDER ON MOTION FOR RELIEF**

**FROM AUTOMATIC STAY**

```
        A motion for relief from the stay of 11 U.S.C. §362(a) having been
   ¹[✔] heard at the above referenced time with appearances as noted in
the court minutes,
   ²[ ] resolved without oral argument, no opposition having been filed
and cause for relief having been shown,
   ³[ ] presented ex parte pursuant to prior court order,

        IT IS ORDERED,
   ⁴[✔] upon review of the evidence presented,
   ⁵[ ] pursuant to stipulation of the parties,
           [One of the above must be checked.]
```

RECEIVED
April 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002546863

(Revised 03/06/01) Order on Motion for Relief from the Automatic Stay

⁶[ ] that the motion is denied [ ] with [ ] without prejudice.
⁷[ ] that the debtor(s) is/are dismissed from the motion, their discharge having been entered in this case.

⁸[✓] that the automatic stay is [✓] terminated    [ ] annulled
    ⁹[X] upon the signing of this order
    ¹⁰[ ] as of _____

as to the interest of ¹¹[✓] the debtor(s) and ¹²[✓] the trustee as to the movant's interest in the property described
    ¹³[ ] on Exhibit A attached hereto.
    ¹⁴[✓] below: LOT 24 OF TRACT 6156, UNIT FOUR, IN THE CITY OF BAKERSFIELD, COUNTY OF KERN, STATE OF CALIFORNIA, AS PER MAP RECORDED DECEMBER 23, 2004 IN BOOK 52, PAGES 132, 133 AND 134 OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

IT IS FURTHER ORDERED:

¹⁵[✓] Movant may pursue all available state law remedies to obtain possession of the subject property.

¹⁶[ ] Relief from the stay is subject to the right of any party in interest to request by motion reinstatement of the stay.

¹⁷[✓] The ten-day stay provided by FRBP 4001(a)(3) is waived for cause.

¹⁸[X] Other: FURTHER ORDERED that this bankruptcy is finalized with regard to this note and trust deed for purposes of Cal. Civil Code 2923.5.

Dated: April 19, 2010

_____
W. Richard Lee
United States Bankruptcy Judge

Print Form
Clear Form